# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MWANDISHI G. MITCHELL,** | : | **CIVIL NO. 1:CV-11-1169** |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **MICHAEL WENEROWHICZ,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 5th day of June, 2014, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus is **denied**.

2. A certificate of appealability is **denied**.

3. The Clerk of Court is directed to **close this case**.


        S/ Yvette Kane  
        YVETTE KANE, District Judge  
        Middle District of Pennsylvania